IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARL S. GORDON                    *

    Plaintiff                 *

vs.                               *   CIVIL ACTION NO. MJG-01-2878

SHEILA SHETHS, M.D., et al.       *

    Defendants                *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiff [sic] Motion Asking the Honorable Court to Examined [sic] New Attached Evidence Showing Johns Hopkins Legal Department Complicity in Pass [sic] and Current Racism practices Against the Plaintiff, and to Grant Plaintiff Summary Judgement [sic] Against the Defendants and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

The Court has, this day, dismissed the instant case for lack of federal jurisdiction by separate order.

Accordingly:

    1. Plaintiff [sic] Motion Asking the Honorable Court to Examined [sic] New Attached Evidence Showing Johns Hopkins Legal Department Complicity in Pass [sic] and Current Racism practices Against the Plaintiff, and to Grant Plaintiff Summary Judgement [sic] Against the Defendants is DENIED.

    2.    Plaintiff is free to pursue any claims he may have against Defendant in state court.

SO ORDERED this _7th_ day of January, 2002.

_____
Marvin J. Garbis
United States District Judge