IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARL S. GORDON                          *

       Plaintiff                        *

    vs.                                 *   CIVIL ACTION NO. MJG-01-2878

SHEILA SHETHS, M.D., et al.             *

       Defendants                       *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has dismissed the Second Amended Complaint.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Johns Hopkins Hospital, Sheila Seths, M.D. and Ronald Peterson against Plaintiff Earl S. Gordon dismissing all federal claims with prejudice and all state law claims without prejudice without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 7th day of January, 2002.

                                  Marvin J. Garbis
                                United States District Judge